MONTGOMERY COUNTY, Allegheny County, Cambria County, Centre County, Clearfield County, Crawford County, Cumberland County, Delaware County, Erie County, Fayette County, Greene County, Huntingdon County, Indiana County, Lycoming County, Luzerne County, Mercer County, Northumberland County, Schuylkill County, Somerset County, Wayne County and Westmoreland County, Appellees,

v.

DEPARTMENT OF CORRECTIONS OF the COMMONWEALTH OF PENNSYLVANIA, Appellant.

Supreme Court of Pennsylvania.

July 18, 2006.

## CORRECTED ORDER

PER CURIAM.

AND NOW, this 18th day of July, 2006, the Order of the Commonwealth Court is AFFIRMED.

Raymond J. BRITTON, Jr., Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

July 18, 2006.

## ORDER

PER CURIAM.

AND NOW, this 18th day of July, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.